FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 10, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CRANETECH INC., a California corporation,<br><br>            Plaintiff,<br><br>   v.<br><br>ADAM DAVID RICHARDSON, an individual, and NORTHWEST INTEGRITY CRANE, LLC, a Washington company,<br><br>           Defendants. | NO: 2:23-CV-0331-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

     BEFORE THE COURT is the parties' Stipulated Motion to Dismiss with Prejudice. ECF No. 32. The parties agree to a final order dismissing all claims in this matter with prejudice and without attorneys' fees or costs to any party. The Court has reviewed the record and files herein and is fully informed.

     According to Rule 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing a stipulation signed by all parties who have appeared.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED:**

Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, all claims in this action are **DISMISSED** with prejudice and without attorneys' fees or costs to any party.

The District Court Executive is directed to enter this Order and Judgment of Dismissal, furnish copies to counsel, and **CLOSE** the file.

DATED January 10, 2024.



THOMAS O. RICE
United States District Judge